### KEX MFG. CO. v. PLU-GUM CO. et.

Ohio Appeals, 8th Dist., Cuyahoga Co.

George W. Spooner, Cleveland, for Kex Mfg. Co.

Klein & Klein, Cleveland, for Plu-Gum Co.

VICKERY, J.

**TRADE RIGHTS—Contracts (150 R4)**

(580 P) A contract whereby one party agrees to assign all of his patents of a process for repairing tires, and all rights to renewals thereof, in the United States or anywhere in the world, and also argees not to enter into and carry on the business of repairing tires in the United States or in any other county in which a patent or any renewal thereof might be obtained, which agreement is to last during the lifetime of the patent or any renewals thereof, is a contract in restraint of trade, and no action will lie for the breach thereof.

(Sullivan, PJ., and Levine, J., concur.)

For reference to full opinion, see Omnibus Index, last page, this issue.

---

# Ohio Supreme Court SYLLABI

### STATE ex WATMOUGH et v.
### CORTLAND BANKING CO.

Ohio Supreme Court.

No. 21327. Decided Oct. 24, 1928.

Syllabus by Editorial Staff.

**SCHOOLS AND SCHOOL DISTRICTS.**

(530 D) Banking company ordered to deliver to relators, all or any part of funds in its possession, belonging to New Rural School District.

HISTORY:—Action in Mandamus. Writ allowed.

Reference to full opinion will appear in Omnibus Index of later date.

---

### DURST et v. STATE ex WATMOUGH et.

Ohio Supreme Court.

No. 21267. Decided Oct. 24, 1928.

Syllabus by Editorial Staff.

**SCHOOLS AND SCHOOL DISTRICTS.**

(530 D) Written remonstrance against organization of new rural school district, required to contain signatures of majority of all electors in all townships affected.

HISTORY:—Rural school district dissolved and, on same day, new district created, including additional territory. Remonstrance filed. Board of education held remonstrance not sufficient as to signatures. Court of Appeals holds that remonstrance required to contain majority of all electors in each of three townships affected. Relator prosecutes error. Judgment affirmed.

Reference to full opinion will appear in Omnibus Index of later date.

---

(Continued from Page 714)

**TRADE RIGHTS (580)**

Patents. (580 P)
Kex Mfg. Co. v. Plu-Gum Co. et., 6 Abs. 725.

**TRIAL (590)**

Charge of Court. (590 C)
Beck, Tee v. Beagle et., 6 Abs. 724.

Charge of Court—Duties—Of Court. (590 Cb2)
Beck, Tee v. Beagle et., 6 Abs. 724.

Charge of Court—Error in Charge—Prejudicial. (590 Cc2)
Beck, Tee v. Beagle, et., 6 Abs. 724.

Directed Verdicts—Duties of Court. (590 Da)
Interstate Motor Freight Corp. v. Girard, 6 Abs. 724.

Discretion. (590 D3)
Fessenden v. Fessenden, 6 Abs. 716.

Verdicts—Excessive. (590 V2a)
Interstate Motor Freight Corp. v. Girard, 6 Abs. 724.